UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE SCICERE, JR., <br>     Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC. <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) **Case No.: 2:13-cv-2575-JCJ** <br> ) <br> ) <br> ) <br> ) <br> ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross S. Enders* | */s/ Craig Thor Kimmel* |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 30 East Butler Pike |
| Furlong, PA 18925 | Ambler, PA 19002 |
| Phone: (215) 794-7207 | Phone: (215) 540-8888 |
| Fax: (215) 794-5079 | Fax: (877) 788-2864 |
| Email: rsenders@sessions-law.biz | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: October 24, 2013 | Date: October 24, 2013 |

BY THE COURT:

_____
                           J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 24th day of October, 2013:

Ross S. Enders, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
2303 Oxfordshire Road
Furlong PA 18925
rsenders@sessions-law.biz

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email:kimmel@creditlaw.com
Attorney for the Plaintiff